# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

RONITA FAITH BELL,
ADC #705860                                                      PLAINTIFF

V.                       1:17CV00085 KGB/JTR

WENDY KELLEY, Director,
Arkansas Department of Correction, et al.                        DEFENDANTS

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge Kristine G. Baker. Any party may file written objections to this Recommendation. Objections must be specific and include the factual or legal basis for disagreeing with the Recommendation. An objection to a factual finding must specifically identify the finding of fact believed to be wrong and describe the evidence that supports that belief.

An original and one copy of the objections must be received by the Clerk of this Court within fourteen (14) days of this Recommendation. If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may also waive any right to appeal questions of fact.

## I. Discussion

Plaintiff Ronita Faith Bell ("Bell"), who is a prisoner in the McPherson Unit of the Arkansas Department of Correction, has filed a Motion seeking permission to voluntarily dismiss this *pro se* § 1983 action. Doc. 10. For good cause shown, the Court recommends that Bell's Motion be granted, and that this case be voluntarily dismissed, without prejudice. *See* Fed. R. Civ. P. 41(b).

## II. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. Bell's Motion to Dismiss *(Doc. 10)* be GRANTED, and that this case be DISMISSED, WITHOUT PREJUDICE.

2. The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommended Disposition would not be taken in good faith.

Dated this 28th day of December, 2017.

_____
UNITED STATES MAGISTRATE JUDGE