UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RONITA FAITH BELL,
ADC #705860                                                              PLAINTIFF

V.                        1:17CV00085 KGB/JTR

WENDY KELLEY, Director,
Arkansas Department of Correction, et al.                                DEFENDANTS

## ORDER OF CORRECTION

On December 21, 2017, the Court entered an Order (Doc. 9) directing Plaintiff to file an Amended Substituted Complaint on or before January 22, 201**7**. That date is incorrect, and is replaced with January 22, 201**8**. At any rate, the matter is moot because Plaintiff has moved to voluntarily dismiss this action.

Dated this 3rd day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE