IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RONITA FAITH BELL
ADC #705860                                                                                   PLAINTIFF

v.                          Case No. 1:17-cv-00085-KGB-JTR

WENDY KELLEY, Director,
Arkansas Department of Correction, *et al*.                                    DEFENDANTS

## ORDER

Before the Court is the Recommended Disposition filed by United States Magistrate Judge J. Thomas Ray (Dkt. No. 11). No objections to the Recommended Disposition have been filed, and the time for filing objections has passed. After review, this Court adopts the Recommended Disposition in its entirety as this Court's findings in all respects. Plaintiff Ronita Faith Bell's motion to dismiss is granted (Dkt. No. 10). This action is hereby dismissed without prejudice (Dkt. No. 8). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So ordered this 16th day of May, 2018.

Kristine G. Baker
United States District Judge